**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:        Ali Yazdchi v. Wells Fargo Bank, NA

Appellate case number:    01-15-00381-CV

Trial court case number:  2014-23577

Trial court:                      215th District Court of Harris County

   Appellee, Wells Fargo Bank, NA, has filed a motion to dismiss this appeal and a motion to issue the mandate immediately. *See* TEX. R. APP. P. 18.1(c), 42.1(a). Wells Fargo states that it could not reach an agreement to dismiss the appeal with appellant, Ali Yazdchi. Yazdchi also filed a response stating that he opposes dismissal. We therefore deny Wells Fargo's motions to dismiss and to issue the mandate immediately. In his response, Yazdchi requests that we order a refund of funds, vacate the default judgment, and order Wells Fargo to pay attorney's fees. Such issues may be argued in appellant's brief. *See* TEX. R. APP. 38.1(i).

   Appellant's brief is **ORDERED** filed with this Court no later than 30 days from the date of this order. *See* TEX. R. APP. P. 38.6(a). Appellee's brief, if any, must be filed within 30 days after the date appellant's brief is filed. *See* TEX. R. APP. P. 38.6(b). We further dismiss Yazdchi's December 21, 2015 motion for extension of time as moot.

   It is so ORDERED.


Judge's signature: /s/ <u>Chief Justice Sherry Radack</u>
       ☒  Acting individually  ☐  Acting for the Court


Date:  February 23, 2016